<u>DEFENDANT</u>:	JESUS ADRIAN PADILLA-ECHEVERRIA

<u>YOB</u>:	1988

<u>ADDRESS</u> (CITY/STATE):	Colorado Springs, CO

<u>OFFENSE(S)</u>:
 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
 21 U.S.C. § 846                        Conspiracy to distribute narcotics

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE):  El Paso County, CO

<u>PENALTY</u>:	NLT 10 years' imprisonment; NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years' SR; NMT life SR; $100 SA

<u>AGENT</u>:	SA Jason Del Toro, DEA

<u>AUTHORIZED BY</u>:  Andrea Surratt
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

  x  five days or less       _____ over five days       _____ other

<u>THE GOVERNMENT</u>

  x  will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:	_____ Yes     x    No

4