IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-mj-00109-NRN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CRAIG MICHAEL PEARSON,
LUIS FABIAN ORTIZ,
           and
JESUS ADRIAN PADILLA-ECHEVERRIA,

     Defendants.

**MOTION TO RESTRICT**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Case, Arrest Warrants, and Complaint in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion, and as grounds therefore submits the following:

1.    Said Complaint, Arrest Warrants, Affidavit, and this Motion have been filed as a part of a continuing investigation.

2.    The release of the information in the Complaint, Arrest Warrants, Affidavit, and this Motion may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.  There are targets outstanding who are unaware of the investigation.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Arrest Warrants, Affidavit in Support of Criminal Complaint, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ Andrea Surratt*

Assistant U.S. Attorney
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0405
E-mail:   andrea.surratt@usdoj.gov
Attorney for Government