IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR ORDER TO RESTRICT | ) ) ) ) ) ) ) |

CASE NO.  19-mj-109

**Filed Under Restriction**

## ORDER

THIS MATTER coming before the Court upon motion of the Government to unrestrict in part, and the Court having considered the same,

IT IS HEREBY ORDERED that docket 19-mj-109 is unrestricted, except that the complaint affidavit [Dkt #1, Attachment 1] shall be restricted at Level 2 to allow access to the Court, the Government, and counsel for the defendants.

DATED this _____ day of April, 2019

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO