FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
04/30/19
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-mj-00109-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CRAIG MICHAEL PEARSON,
2. LUIS FABIAN ORTIZ,
3. JESUS ADRIAN PADILLA-ECHEVERRIA

    Defendants.

## ENTRY OF APPEARANCE

David Tonini, an Assistant United States Attorney, respectfully enters his appearance as co-counsel for the Government in the above captioned matter. AUSA Tonini is a member in good standing with this Court and may be contacted at the physical address, email address, and telephone number provided below.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    *s/ David Tonini*
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California, Ste 1600
    Denver, CO 80202
    Telephone: 303-454-0100
    Fax: 303-454-0406
    E-mail: David.Tonini@usdoj.gov

    Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2019, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ David Tonini*
By: David Tonini
Assistant U.S. Attorney