AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 MAY -1 PH 3:02
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

United States of America
v.
LUIS FABIAN ORTIZ

Case No. 19-MJ-109-NRN

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LUIS FABIAN ORTIZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)   Distribution and possession with intent to distribute narcotics
21 U.S.C. § 846                         Conspiracy to distribute narcotics

Date: 04/26/2019

City and state: Denver, Colorado

*Issuing officer's signature*

Magistrate Judge N. Reid Neureiter
*Printed name and title*

### Return

This warrant was received on *(date)* 4-26-19, and the person was arrested on *(date)* 4-25-19
at *(city and state)* Colorado Springs, CO.

Date: 4-26-19

*Arresting officer's signature*

Jason Del Toro, Special Agent DEA
*Printed name and title*