UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-mj-00109-NRN

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1.   CRAIG MICHAEL PEARSON
2.   **LUIS FABIAN ORTIZ**
3.   JESUS ADRIAN PADILLA-ECHEVERRIA

        Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

        **COMES NOW,** Dana M. Casper enters her appearance as CJA appointed counsel on behalf of the defendant Luis Fabian Ortiz.

**DATED** this 6th day of May, 2019

        s/Dana M. Casper
        **DANA M. CASPER PC**
        **Dana M. Casper, #21149**
        Attorney for Luis Fabian Ortiz
        501 S. Cherry St., Suite 1100
        Denver, Colorado 80246
        (303) 333-2276-phone
        (303) 496-6766-fax

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that May 6, 2019 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Assistant United States Attorney Andrea Surratt
United States Attorney's Office, District of Colorado
Andrea.Surratt@usdoj.gov
1801 California St., Suite 1600
Denver, CO. 80202
(303) 454-0100


And all other counsel of record


        s/Dana M. Casper
        **DANA M. CASPER PC**
        **Dana M. Casper, #21149**
        Attorney for Luis Fabian Ortiz
        501 S. Cherry Street, Suite 1100
        Denver, Colorado 80246
        (303) 333-2276-phone
        (303) 496-6766-fax